**Order entered April 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00342-CV

### RICHARD J. MALOUF, Appellant

### V.

### SHAMOUN & NORMAN, LLP, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07224**

## ORDER

Before the Court is the April 3, 2019 motion of attorneys Stephanie D. Curtis and Mark Castillo with Curtis / Castillo PC to withdraw as counsel for appellant. By opinion and judgment dated April 9, 2019, the Court dismissed this appeal. Accordingly, we **DENY** the motion as moot.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE